RAHR (BLANCA), Appellant, vs. SMITH, State Treasurer, Respondent.

*September 14—October 12, 1943.*

. The cause was submitted for the appellant on the briefs of *Nash & Nash* of Manitowoc, and for the respondent on the brief of the *Attorney General* and *Harold H. Persons,* assistant attorney general.

WICKHEM, J.   The issues presented in this case are the same as those presented in *Rahr (Clara) v. Smith, ante,* p. 497, 11 N. W. (2d) 355, decided herewith.   The mandate in this case is the same as the mandate in that case for the reasons there stated.

*By the Court.*—Judgment affirmed.